IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CHAPPELL, | |
| Plaintiff, | Civil Action No. 16-1317 |
| | Senior Judge David Stewart Cercone |
| v. | Chief Magistrate Judge Maureen P. Kelly |
| ROBERT GILMORE, MARK DIALESANDRO, JUBULANI SIBANDA, and MICHAEL ANDERSON, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 1st day of March, 2018, after Plaintiff filed a Motion for Summary Judgment at ECF No. 44, and Defendants Mark Dialesandro, Robert Gilmore, and Jubulani Sibanda filed a Motion for Summary Judgment at ECF No. 50, and after Responses were filed thereto, a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly. Having reviewed the objections filed thereto by Plaintiff, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment, ECF No. 44, is DENIED. IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, ECF No. 50, is GRANTED. The Clerk of Court is directed to terminate Defendants Mark Dialesandro, Robert Gilmore, and Jubulani Sibanda as parties to this action.

_____
David Stewart Cercone
Senior United States District Judge

cc:  Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Mark Chappell
HY2452
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)

Timothy Mazzocca, Esquire
(*Via CM/ECF Electronic Mail*)


All Counsel of Record Via CM-ECF